UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ARKADIY TERPUNOV,

                              Plaintiff,

        -against-

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,

                             Defendant.

------------------------------------------------------------------------x

**NOTICE OF REMOVAL**

Case No. 19 Civ. \_\_\_\_

**TO:**    **THE UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK**

        Defendant New York City Health and Hospitals Corporation ("HHC"), by and through its attorney, James E. Johnson, Corporation Counsel of the City of New York, respectfully removes to this Court the State court action described below:

        1.    On November 26, 2019, Plaintiff served HHC with a Summons and Complaint in *Arkadiy Terpunov v. New York City Health and Hospitals Corporation,* pending in the Supreme Court of the State of New York, County of New York, Index No. 157413/2019. A copy of the Summons and Complaint, dated July 23, 2019 is annexed hereto as Exhibit "A."

        2.    The above-captioned matter asserts claims pursuant to the Civil Rights Act of 1964, 42 U.S.C. 2000e et. seq. ("Title VII"). See Exhibit "A."

        3.    The above-captioned action is a civil action of which the District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, in that it alleges claims which arise under the laws of the United States. This action is therefore removable to the District Court without regard to the citizenship or residence of the parties, pursuant to 28 U.S.C. § 1441 and 1443.

4. This Notice of Removal is timely because it is being filed within thirty (30) days of the Defendant's receipt of the Summons and Complaint. *See* 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1466(d), counsel for Defendant DOE shall promptly provide plaintiff with written notice of the filing of this Notice of Removal, and shall file a copy of the Notice of Removal with the Clerk of the state court in which the action is pending.

6. Defendant DOE reserves all claims and defenses, including, without limitation, those set forth in Rule 12(b) of the Federal Rules of Civil Procedure.

7. Defendant DOE is unaware of any previous application for the relief requested herein.

**WHEREFORE**, the defendant New York City Health and Hospitals Corporation respectfully requests that the above-captioned action be removed from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated:   New York, New York
         December 11, 2019

**JAMES E. JOHNSON**
Corporation Counsel of the
 City of New York
*Attorney for HHC*
100 Church Street, Room 2-108
New York, New York 10007
(212) 356-2440
shwood@law.nyc.gov

By:   /s/ Shaina Wood
      Shaina Wood
      Assistant Corporation Counsel

**BY NYSCEF & PERSONAL SERVICE**
TO:   Stewart Lee Carlin Law Group, P.C.
      *Attorneys for Plaintiff*
      111 John Street, 22nd Floor
      New York, NY 10038