# STEWART LEE KARLIN LAW GROUP, P.C.
## Daniel E. Dugan, Esq.
111 John Street, 22nd Floor
New York, New York 10038
(212) 792-9670/Office
(212) 732-4443/Fax
dan@stewartkarlin.com

**MEMBER OF THE BAR**　　　　　　　　　　　　　　　　　　Concentrating in Employment, Education,
**NEW YORK & NEW JERSEY**　　　　　　　　　　　　　　　　Insurance and Commercial Law

February 11, 2021

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

　　　　Re:　**Terpunov v. New York City Health and Hospitals Corporation**
　　　　　　　**19-cv-11317 (LAP)**

Dear Judge Preska:

　　I represent Plaintiff Arkadiy Terpunov in the above-referenced action. Pursuant to Your Honor's request at yesterday's conference, I write on behalf of both parties to propose the following Scheduling Order:

1. Deadline for Completion of Rule 26(a)
   initial disclosures:　　　　　　　　　　　　　　　　　　　February 24, 2021

2. First requests for production of documents and
   for interrogatories to be served by:　　　　　　　　　　　March 12, 2021

3. Responses to production requests and interrogatories:　　May 12, 2021

　　As per Your Honor's instruction, the parties are proposing a status conference be held following the exchange of document discovery, during the week of May 17th, 2021, subject to the Court's availability.

Honorable Loretta A. Preska
February 11, 2021
Page 2

    Thank you for your consideration of this request.

                                          Very truly yours,

                                          s/ Daniel E. Dugan
                                          Daniel E. Dugan, Esq.
                                          Stewart Lee Karlin Law Group, P.C.

CC:    Nicholas Green, Assistant Corp. Counsel
         (Attorney for Defendants) *via ECF*