```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ARKADIY TERPUNOV,

        Plaintiff,

  -against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION,

        Defendant.

No. 19-CV-11317 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for May 27, 2021 at 9:00 a.m. will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:  May 21, 2021
       New York, New York

                                          LORETTA A. PRESKA, U.S.D.J.