UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARKADIY TERPUNOV,<br><br>    Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HEALTH AND<br>HOSPITALS CORPORATION,<br><br>    Defendant. | No. 19-CV-11317 (LAP)<br><br>MEDIATION REFERRAL ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The Court requests that the parties be assigned a mediator experienced in employment matters with availability to hold mediation sooner rather than later. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

**SO ORDERED.**

Dated:  June 3, 2021
     New York, New York

          *Loretta A. Preska*
          LORETTA A. PRESKA
          Senior United States District Judge