UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ARKADIY TERPUNOV,

        Plaintiff,

-against-                                                                                  **19-cv-11317-LAP**

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION,

        Defendant.
---------------------------------------------------------------X

## NOTICE OF MOTION TO BE RELIEVED AS COUNSEL

**PLEASE TAKE NOTICE,** that upon declaration of Plaintiff's counsel, the Stewart Lee Karlin Law Group, P.C., Daniel E. Dugan, Esq. and Stewart Lee Karlin, Esq. will move this Court at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order (1) pursuant to Local Civil Rule 1.4, relieving the Stewart Lee Karlin Law Group, P.C., Daniel E. Dugan, Esq. and Stewart Lee Karlin, Esq. as counsel for Plaintiff, (2) allowing the undersigned to have both a charging and retaining lien in the event of recovery; (3) staying the action for sixty days for Plaintiff to retain new counsel or proceed pro se; and (4) for any other relief that is just and equitable.

1

Dated: New York, New York
August 12, 2021

    STEWART LEE KARLIN
    LAW GROUP, P.C.

    /s/ Daniel Edward Dugan
    DANIEL EDWARD DUGAN, ESQ.
    *Attorney for Plaintiff*
    111 John St., 22nd Floor
    New York, NY 10038
    (212) 792-9670
    Dan@stewartkarlin.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the notice of motion and declaration was served via first class mail to Mr. Arkadiy Terpunov, 1810 Avenue N, Apt. 4e, Brooklyn, NY 11230, via e-mail address to Mr. Arkadiy Terpunov at nyrusmin@yahoo.com, and to Counsel for Defendant via ECF on this 12th day of August, 2021.

   /s/ Daniel Edward Dugan
DANIEL EDWARD DUGAN, ESQ.