UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ARKADIY TERPUNOV,

                Plaintiff,                      **ATTORNEY DECLARATION**

  -against-                                  **19-cv-11317-LAP**

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION,

                Defendant.
---------------------------------------------------------------X

    **DANIEL E. DUGAN, ESQ.** states under the penalties of perjury the following:

1. I am the attorney for Plaintiff Arkadiy Terpunov and, as such, am fully familiar with the facts and circumstances of this matter.

2. I make this Declaration in support of the motion, pursuant to Local Civil Rule 1.4, to withdraw as counsel and for a stay of this action for sixty days for Plaintiff to retain new counsel or proceed pro se.

3. Irreconcilable differences have arisen between Plaintiff and the undersigned's firm Stewart Lee Karlin Law Group, P.C.  There is also an inability to communicate with Plaintiff.  Thus it is necessary to be relieved as counsel at this time.

4. Due to the amount of work performed to date, it is requested that Stewart Lee Karlin Law Group, P.C. have a charging and retaining lien (in the event of a recovery).   Nevertheless, the undersigned will turn over the file to new counsel or to Plaintiff if he does not retain new counsel.

5. Plaintiff Arkadiy Terpunov's mailing address is 1810 Avenue N, Apt. 4e, Brooklyn, NY 11230, Tel: 646.714.1610; e-mail address: nyrusmin@yahoo.com.   Upon the

1

undersigned's discharge all further communication should directed to that address.

WHEREFORE, the undersigned respectfully requests this Court to enter an order discharging Stewart Lee Karlin Law Group, P.C., Daniel E. Dugan, Esq., and Stewart Lee Karlin, Esq, permitting retaining and charging liens on their behalf, a stay of this action for sixty days in order for Plaintiff to retain new counsel or proceed pro se, and any other relief that is just and equitable.

**THE FOREGOING STATEMENT IS TRUE AND CORRECT UNDER THE PENALTIES OF PERJURY THIS 12th DAY OF AUGUST, 2021**

> STEWART LEE KARLIN
> LAW GROUP, P.C.
>
> /s/ Daniel Edward Dugan
> DANIEL EDWARD DUGAN, ESQ.
> *Attorney for Plaintiff*
> 111 John St., 22nd Floor
> New York, NY 10038
> (212) 792-9670
> Dan@stewartkarlin.com