UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ARKADIY TERPUNOV,

            Plaintiff,

  -against-                                           19-cv-11317-LAP

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION,

            Defendant.
---------------------------------------------------------------X

## NOTICE OF MOTION TO BE RELIEVED AS COUNSEL

**PLEASE TAKE NOTICE,** that upon declaration of Plaintiff's counsel, the Stewart Lee Karlin Law Group, P.C., Daniel E. Dugan, Esq. and Stewart Lee Karlin, Esq. will move this Court at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order (1) pursuant to Local Civil Rule 1.4, relieving the Stewart Lee Karlin Law Group, P.C., Daniel E. Dugan, Esq. and Stewart Lee Karlin, Esq. as counsel for Plaintiff, (2) allowing the undersigned to have both a charging and retaining lien in the event of recovery; (3) staying the action for sixty days for Plaintiff to retain new counsel or proceed pro se; and (4) for any other relief that is just and equitable.

                                                                     **SO ORDERED.**

                                                     Dated:    August 13, 2021
                                                                           New York, New York

                                                                           */s/ Loretta A. Preska*
                                                                           LORETTA A. PRESKA, U.S.D.J.