UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARKADIY TERPUNOV,

        Plaintiff,

  -against-                                      **19-cv-11317-LAP**

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION,

        Defendant.
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the Memo Endorsed Order for Daniel Edward Dugan and Stewart Lee Karlin to withdraw as attorney for Plaintiff (Dckt. No. 22) was served via first class mail to Mr. Arkadiy Terpunov, 1810 Avenue N, Apt. 4e, Brooklyn, NY 11230 and via e-mail address to Mr. Arkadiy Terpunov at nyrusmin@yahoo.com on August 13, 2021.

Dated: New York, New York
       August 17, 2021

                                                STEWART LEE KARLIN
                                               LAW GROUP, P.C.

                                               /s/ Daniel Edward Dugan
                                               DANIEL EDWARD DUGAN, ESQ.
                                               *Prior Attorney for Plaintiff*
                                               111 John St., 22nd Floor
                                               New York, NY 10038
                                               (212) 792-9670
                                               Dan@stewartkarlin.com