UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ARKADIY TERPUNOV,<br><br>               Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,<br><br>               Defendant. | No. 19-CV-11317 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall respond by letter to Mr. Terpunov's letter dated August 26, 2021, (dkt. no. 24), no later than September 14, 2021.  Counsel shall serve that response on Mr. Terpunov via email.  To the extent that the response discloses attorney-client information, counsel may file the letter under seal.  Mr. Terpunov may reply by letter no later than September 17, 2021.  The Clerk of the Court shall mail a copy of this order to Mr. Terpunov at 1810 Avenue N Apt. 4E, Brooklyn, NY 11230.

**SO ORDERED.**

Dated:    September 7, 2021
          New York, New York

                                              _____
                                              LORETTA A. PRESKA
                                              Senior United States District Judge