**STEWART LEE KARLIN LAW GROUP, P.C.**
**Daniel E. Dugan, Esq.**
111 John Street, 22nd Floor
New York, New York 10038
(212) 792-9670/Office
(212) 732-4443/Fax
dan@stewartkarlin.com

MEMBER OF THE BAR　　　　　　　　　　　　　　　　　　　　Concentrating in Employment, Education,
NEW YORK & NEW JERSEY　　　　　　　　　　　　　　　　　Insurance and Commercial Law

September 17, 2021

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

      Re:    **Terpunov v. New York City Health and Hospitals Corporation**
              **19-cv-11317 (LAP)**

Dear Judge Preska:

      I formerly represented Plaintiff Arkadiy Terpunov in the above-referenced action. Your Honor granted the motion to withdraw as counsel of myself and Stewart Lee Karlin on August 13, 2021. (Dckt. No. 22). I am writing in response to Mr. Terpunov's letter dated August 26, 2021, and Your Honor's Order dated September 7, 2021, directing counsel to file a response no later than September 14, 2021. (Dckt. Nos. 24 and 26). As our representation of Mr. Terpunov had been terminated in the Electronic Case Filing system, we did not receive the Notifications of E-filing for either docket entry. Additionally, Mr. Terpunov did not serve his August 26, 2021, on our firm. Therefore, I only became aware of these docket entries Today by checking the docket sheet.

      Thus, it is respectfully requested that the undersigned and Stewart Lee Karlin have until October 1, 2021, to submit a response to Mr. Terpunov's August 26, 2021 letter.

      Thank you for your consideration of this request.

Very truly yours,

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

9/20/21

s/ Daniel E. Dugan
Daniel E. Dugan, Esq.
Stewart Lee Karlin Law Group, P.C.