

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERPUNOV,

               Plaintiff,

-against-

NYC HEALTH AND HOSPITALS CORP.,

               Defendants.

19-CV-11317 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The action is stayed through November 15, 2021.

**SO ORDERED.**

Dated:    October 14, 2021
            New York, New York

                              *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge

1