Stagg Wabnik Law Group LLP
*Attorneys for Plaintiff*
*Arkadiy Terpunov*
401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ARKADIY TERPUNOV,                       Case No.: 1:19-CV-11317

                Plaintiff,

                                  **APPEARANCE**

     -against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION,

                Defendant.
--------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for:

    Plaintiff Arkadiy Terpunov

| | |
|---|---|
| June 10, 2022 | *[signature]* |
| Date | Signature |
| | |
| 3007408 | David R. Ehrlich |
| New York Federal Bar Number | Print Clearly or Type Name |
| | |
| (516) 812-4518 | 401 Franklin Avenue, Suite 300 |
| Telephone Number | Garden City, New York 11530 |
| | Address |
| (516) 812-4618 | |
| Fax Number | |
| | |
| dehrlich@staggwabnik.com | |
| E-mail Address | |