UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ARKADIY TERPUNOV, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:19-cv-11317-LAP |
| | ) | |
| NEW YORK CITY HEALTH AND | ) | |
| HOSPITALS CORPORATION, | ) | |
| *Defendant.* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ARKADIY TERPUNOV, Plaintiff

Date:  June 10, 2022

Scott A. Weiss, Esq. (SW 0431)
Weiss & Weiss LLC
50 Main Str., 10th Fl.,
White Plains NY 10606
Scott@weissnweiss.com
Tel: (203) 254-2707
Fax: (203) 254-2725

To:   Nicholas B. Green, Esq.
      New York City Law Department
      100 Church Street, 4th Floor
      New York, New York 10007
                    ***
      Shaina C. Wood, Esq.
      Goddard Law PLLC
      39 Broadway, Suite 1540
      New York, New York 10006

*Attorneys for Defendant*