

| | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Nicholas Green**<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-2445<br>nigreen@law.nyc.gov |
|---|---|---|
| **SILVIA O. HINDS-RADIX**<br>*Corporation Counsel* | | |

November 17, 2022

**BY ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

    Re: <u>Arkadiy Terpunov v. New York City Health and Hospitals Corporation</u>
         Docket No. 19-cv-011317(LAP)

Dear Judge Preska:

    I am an Assistant Corporation Counsel in the office of the Honorable Silvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant New York City Health and Hospitals Corporation. I write in accordance with this Court's Individual Rule 1E to request an adjournment of the November 21, 2022 conference, and propose that the conference be adjourned to December 8, 2022. This is Defendant's first request for an adjournment and Plaintiff has consented to this request.

    This adjournment is requested as counsel for Defendant will be traveling and unavailable at that time. Accordingly, Defendant respectfully requests that the November 21, 2022 conference be adjourned to December 8, 2022.

    Thank you for your consideration of this request.

                                Respectfully submitted,

                                */s/ Nicholas Green*
                                Nicholas Green
                                Assistant Corporation Counsel

cc: STAGG WABNIK LAW GROUP LLP (By ECF)
*Attorneys for Plaintiff*
Scott A. Weiss
Amanda B. Slutsky
401 Franklin Avenue, Suite 300
Garden City, New York  11530
(516) 812-4518
scott@weissnweiss.com
aslutsky@staggwabnik.com

```
Counsel shall appear for a
telephone conference on
December 8, 2022 at 10:00 AM.

SO ORDERED.
```

*Loretta A. Preska* (signature)

11/18/2022