UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Arkadiy Terpunov,

                    Plaintiffs,

-against-

New York City Health and
Hospitals Corporation,

                    Defendants.

---

No. 19-CV-11317 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

       The parties shall appear for a teleconference on March 15,

2023, at 9:30 AM using the dial-in 877-402-9753, access code:

6545179.

**SO ORDERED.**

Dated:     December 8, 2022
           New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1