UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARKADIY TERPUNOV,

                Plaintiff,

-against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORTATION,

                Defendant.

No. 19-CV-11317 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's counsel's letter dated April 12, 2023.  (Dkt. no. 60.)  No later than May 15, 2023 the Defendant shall 1) enter a notice of appearance by an individual attorney, 2) provide available deposition dates for each witness discussed with Plaintiff's counsel, and 3) inform Plaintiff's counsel when it will produce the meta-data it has already agreed to provide.

**SO ORDERED.**

Dated:    May 1, 2023
            New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge